**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
JERVON HERBIN,                 )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 02-1185 (RWR)
                               )
DISTRICT OF COLUMBIA, et al.,  )
                               )
        Defendants.            )
_____)
```

**ORDER**

Plaintiff brought this action seeking review of an independent hearing officer's decision in an administrative due process hearing held on plaintiff's allegation that the defendants failed timely to provide a requested special education services reevaluation of plaintiff under the Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400 et seq.  Plaintiff and defendants filed motions for summary judgment, which were both granted in part and denied in part, and plaintiff was held to be entitled to a reevaluation for special education services.  Plaintiff later filed a motion for attorneys' fees and costs totaling $6,422.20, and defendants opposed the motion.  The motion was referred to a magistrate judge who issued a Report and Recommendation that plaintiff be awarded attorneys' fees and costs in the amount of $3,241.86.  No objection was filed to the Report and Recommendation.  The Report and Recommendation appearing fair and reasonable in all respects, it is hereby

- 2 -

ORDERED that the magistrate judge's Report and Recommendation be, and hereby is, ADOPTED.  It is further

ORDERED that plaintiff's motion [28] for attorneys' fees and costs be, and hereby is, GRANTED.  Plaintiff is awarded $3,241.86 in attorneys' fees and costs.

SIGNED this 4th day of April, 2006.

                                                                   /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge